IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Alovor, Eric

Printed: 3/18/08

Case Number: 07 B 11431
Judge: Wedoff, Eugene R
Filed: 6/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 27, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,500.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,419.00 |
| Trustee Fee: |  | 81.00 |
| Other Funds: |  | 0.00 |
| Totals: | 1,500.00 | 1,500.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Debra J Vorhies-Levine | Administrative | 2,738.00 | 1,419.00 |
| 2. | Hinsdale Bank & Trust | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Hinsdale Bank & Trust | Secured | 857.57 | 0.00 |
| 5. | Tech Data Corp | Unsecured | 3,341.46 | 0.00 |
| 6. | Federated Financial Corporation | Unsecured | 2,391.01 | 0.00 |
| 7. | American Express | Unsecured | 662.36 | 0.00 |
| 8. | LaSalle Bank NA | Unsecured | 37,928.93 | 0.00 |
| 9. | Discover Financial Services | Unsecured | 6,018.68 | 0.00 |
| 10. | B-Real LLC | Unsecured | 1,018.26 | 0.00 |
| 11. | LVNV Funding | Unsecured | 10,521.96 | 0.00 |
| 12. | Fifth Third Bank | Secured |  | No Claim Filed |
| 13. | Chase National | Unsecured |  | No Claim Filed |
| 14. | Chase | Unsecured |  | No Claim Filed |
| 15. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 16. | Pramco IV LLC | Unsecured |  | No Claim Filed |
| 17. | GEMB | Unsecured |  | No Claim Filed |
| 18. | Greenpoint Mortgage Funding Inc | Unsecured |  | No Claim Filed |
| 19. | CBNA | Unsecured |  | No Claim Filed |
| 20. | Federated Financial Corporation | Unsecured |  | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 22. | City Of Chicago | Unsecured |  | No Claim Filed |
| 23. | Loyola University Medical Center | Unsecured |  | No Claim Filed |
| 24. | Loyola Medical Center | Unsecured |  | No Claim Filed |
| 25. | Loyola University Medical Center | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Alovor, Eric

Printed: 3/18/08

Case Number: 07 B 11431
Judge: Wedoff, Eugene R
Filed: 6/26/07

| | | | | |
|---|---|---|---|---|
| 26. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 27. | Loyola University Medical Center | Unsecured | | No Claim Filed |
| 28. | Berwyn Fire Department | Unsecured | | No Claim Filed |

$ 65,478.23     $ 1,419.00

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 81.00 |

$ 81.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_